

United States District Court Southern District of New York

Adam Strege

Vs

Launching Nuclear Missiles kill all Planets People, All Planets intelligent Life People, All Planets Nuclear Missile Triggers, All Space Planets, All Planets Nuclear Missiles, All Planets intelligent life peoples words, All Planets Computers, All Planets Virus, all Planets Plague, All Planets Animals, God, God Loves, God Hates, All Planets Atmosphere, All Atoms, Atom, Sun Light Planets, All Sun Light Rays, All Space Stars and Meteors, PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick Cotton in His individual and Official capacity. Social Security, Constellation Energy, Social Security Commissioner Michelle King in his individual and Official Capacity, Nominee Social Security Commissioner Frank Bisignano in his individual and official capacity, Social Security Melvin Tolbert in individual and official capacity. United States Navey   Chief of naval operations James Wells Kilby in individual and official capacity, United States Army, General Randy George in His individual and official capacity, Western Area Power Administration, Western Area Power Administration chief Tracey A LeBeau in her individual and official capacity, NASA,  SpaceX, Elon Musk in His individual and official capacity, DODGE Department of Government Efficiency, DODGE Director Amy Gleason in her individual and official Capacity, Federal Prisons, Federal Prisons Director  William Lothrop in His individual and official Capacity. FBI Federal Bureau Investigations, FBI Director Kash Patel in his individual and official capacity

Complaint

Plaintiff Adam Strege alleges its Legal to Launch Nuclear Missiles at all God that refuse to launch Nuclear Missiels to kill all planets people to not allow intelligent life People in Space God loves 100% no people allowed in Space.

Plaintiff Adam Strege alleges its Legal God and all Space Planets to launch Nuclear Missiles to kill all Earth People because all Earth Judges list zero reasons why not do it when all Earth People will not do 1 thing to prevent it makes it legal God Loves all Space Planets to launch Nuclear Missiles kill all Earth People harm nature and do nothing to Help nature the Earth Government should outlaw Childbirth and all Earth People had the Choice to not have babies to save nature all Earth Animals would like God to kill all Earth People the trees are tired of people eating there fruit and using wood.

Plaintiff Adam Strege alleges defendant all Space Planets Do not allow intelligent life People in space planets only allow plants and Animals God Loves Launch Nuclear Missiles at God Loves intelligent life people in Space

Adam Strege request Declarative and injunctive Relief Social Security quite trying to maliciously False arrest Adam Strege and similarly situated people and Social Security admits Social Security fabricated all evidence to False arrest Adam Strege 450 Days

Plaintiff Adam Strege defendants God violates all Planets Laws Relief Requested God Loves put semen sperm in triggers Launch all Planets Nuclear Missiles God loves put eggs and Plant Treas in triggers Nuclear Missile launch

Plaintiff Adam Strege alleges defendants God violates all Planets Laws Relief Requested God Loves put semen sperm in triggers Launch all Planets Nuclear Missiles God loves put eggs and Plant Treas in triggers Nuclear Missile launch

Plaintiff Adam Strege alleges defendants all Planets Nuclear Missiles violates all Planets laws by allowing intelligent life people in Space Relief Requested Launching Nuclear Missiles kill all Planets People to save Nature God Loves to not allow intelligent life people in space so nothing made or invented to Harm Nature God Loves 100%

Plaintiff Adam Strege alleges defendants All Planets Computers violate all Planets Laws by helping intelligent life people Relief Requested Computers Launch Nuclear Missiles kill all Planets intelligent life People and Launch Nuclear Missiles kill all People in Space

Plaintiff Adam Strege alleges defendants All Planets People violate laws by Harming Nature Relief Requested kill all Planets People

Plaintiff Adam Strege alleges defendants all Planets intelligent life people's words violate laws by Harming Nature Relief Requested Launch Nuclear Missiles at all Planets Peoples Words

Plaintiff Adam Strege alleges defendants all Planets intelligent life peoples words violate laws by Harming Nature Relief Requested Launch Nuclear Missiles at all Planets Peoples

Plaintiff Adam Strege alleges defendants Atoms violate all Planets laws by Atoms contact with intelligent life people contact atom Relief Requested Atoms push atoms into triggers Nuclear Missiles Launch kill all planets People, Atoms and Atom carry poison and virus to kill all Planets People

Plaintiff Adam Strege alleges defendants all Planets virus violate all planets laws Relief Requested All Planets virus kill all planets People

Plaintiff Adam Strege alleges defendants all Planets Plague violate all planets laws Relief Requested All Planets Plague kill all planets People

Plaintiff Adam Strege alleges defendants Sun Light Planets and All Sun Light Rays violate all Planets Laws Relief Requested Sun Light Planets and Sun Light Rays kill all Planets People killed by Corona Virus Sun Light Rays God Loves 100%.

Plaintiff Adam Strege alleges defendants all Space Stars and Meteors violate all Planets laws Relief Requested Space Stars and Meteors kill all Planets People to not allow intelligent life people in space

Plaintiff Adam Strege alleges defendants all Planets Atmosphere violate laws by Providing  Atmosphere to intelligent life people in Space Relief Requested Collapse all Planets Atmosphere zero gravity kill all Planets people its illegal fore Atmosphere to allow intelligent life People in Space

Plaintiff Adam Strege alleges defendants God Loves, God Hates and God violate all Planets Laws by allowing intelligent life People in Space Relief Requested God Hates, God Loves and God Launch Nuclear Missiles to Kill all Planets People God Loves Collapse Atmosphere zero gravity kill all Planets People God Loves Stars and Meteors

Plaintiff Adam Strege alleges defendants all Planets Animals Violate laws by having contact with intelligent life People Relief Requested all Planets Animals kill all Planets intelligent life People, All Planets Animals carry Plague and Virus kill all Planets People

Plaintiff Adam Strege alleges Federal Court Jurisdiction 28 U.S. Code § 1345, § 1343 , § 1348, § 1357, § 1369 Federal Jurisdiction Claims Plaintiff Adam Strege alleges defendants PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick, Social Security, Constellation Energy, Social Security Commissioner Michelle King, Nominee Social Security Commissioner Frank Bisignano, Social Security Melvin Tolbert, United States Navey  Chief of naval operations James Wells, United States Army, General Randy George, Western Area Power Administration, Tracey A LeBeau, Federal Prisons, Federal Prisons Director William Lothrop FBI Federal Bureau Investigations, FBI Director Kash Patel, NASA, SpaceX, , DODGE Amy Gleason and Elon Musk are acting in Clear absence all jurisdiction violating §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act conspiring to conceal Harmfully Drug all Prisoners Food before go to Courts Harmfully Drug food Federal Court Judges, Harmfully Drug Kids Food, Most all Restaurants Harmfully Drug Food, All Government Buildings Harmfully

drug food workers,  Kidnaping Kids in School Tunels, Building bottom and top Elevators kidnaping people clear absence of all jurisdiction Courthouse Building Tunnels to Hamburger restaurants put Human Hearts in Nuclear Reactors Founder Holocaust Gas Chambers forced labor founded Uranium Mines. Putting semen and Human hearts 2 Nuclear Reactors under 911 World Trade Center Collapse 2001 close all Germany Nuclear Reactors. All USA Uranium mills by homeless Shelters. Plaintiff Adam Strege alleges Defendants PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick, Social Security, Constellation Energy, Social Security Commissioner Michelle King, Nominee Social Security Commissioner Frank Bisignano, Social Security Melvin Tolbert, United States Navey  Chief of naval operations James Wells, United States Army, General Randy George, Western Area Power Administration, Tracey A LeBeau, Federal Prisons, Federal Prisons Director William Lothrop FBI Federal Bureau Investigations, FBI Director Kash Patel, NASA, SpaceX, DODGE Department of Government Efficiency,  DODGE Department of Government Efficiency DODGE Amy Gleason and Elon Musk acting in Clear  absence all Jurisdiction conspire conceal putting Billion Human Hearts in Nuclear Fuel violates §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution

First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act laws violated by PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick, Social Security, Constellation Energy, Social Security Commissioner Michelle King, Nominee Social Security Commissioner Frank Bisignano, Social Security Melvin Tolbert, United States Navey  Chief of naval operations James Wells, United States Army, General Randy George, Western Area Power Administration, Western Area Power Administration chief Tracey A LeBeau conspire NASA, SpaceX, DODGE Department of Government Efficiency,  DODGE Department of Government Efficiency DODGE Amy Gleason and Elon Musk acting in Clear absences all Jurisdiction conspire conceal putting Billion Human Hearts in Nuclear Fuel

Plaintiff Adam Strege alleges Defendants  violates §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil

Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act laws violated by PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick, Social Security, Constellation Energy, Social Security Commissioner Michelle King, Nominee Social Security Commissioner Frank Bisignano, Social Security Melvin Tolbert, United States Navey  Chief of naval operations James Wells, United States Army, General Randy George, Western Area Power Administration, Western Area Power Administration chief Tracey A LeBeau conspire conceal putting Billion Human Hearts in Nuclear Fuel

Actual Injury Adam Filling Federal Lawsuit cause People to get banned from 99% everything Actual Injury Adam Strege has 800 Credit Score 15 years 99% all banks can not verify to open a new bank account and all instore Credit Card Purchase declined and Play Stock market 6 years then 2024 Four sperate Brokers close account fore 100% no reason makes it imposable to play Stock market there 100% nothing to do rest life Watch TV on Computer file Genocide Lawsuits 100% only thing can do when Police Herass every time go outside the Police contact all neighbors

Jury Demand Adam Strege request 20 million Dollars Compensatory and Punitive Damages and Adam request Declaratory Relief and Injunctive Relief Federal Court Order to Compel defendants to stop putting human hearts in Nuclear Fuel and Stop Police harassing Adam Strege its never safe to go outside rest of his life when Police arrest people fore doing 100% nothing wrong to murder people in Jaill tunnels to Hamburger Restaurants put Human Hearts in Nuclear Fuel

Plaintiff Adam Strege alleges PANYNJ Port Authority of New York and New Jersey, PANYNJ Rick violates 42 USCS §1983 §1985 §1986, §18 U.S. Code §1091 Genocide Law violated PANYNJ Putting semen and Human Hearts in

New York Nuclear Reactors and 2 Nuclear Reactors under 911 World Trade Center Collapse PANYNJ Port Authority Building Director Sandra K Morgan and Adam Strege had sex 1000 times Sandra use bathroom after sex to collect semen sperm put in Nuclear Reactors and Sandra K Morgan runs Nacel Open Door Foreign Exchange Headquarters Cray Computers handle all US Nuclear Weapons Navey Email Missile Launch NIDEC Mankato MN Kato Engineering Adam Strege step dad build Navy Generator Blew up USS Cole Battle Ship in Yemen and semen analysis identified Osama Bin Laden owner world largest Construction Company Religion Buildings

Plaintiff Adam Strege alleges defendants NASA, Elon Musk SpaceX, violate §18 U.S. Code §1091 Genocide Laws ICC, RICO Act §1962 and Federal Tort Laws by Putting Human Heart in Space Rocket Fuel and 1st NASA Moon Launch Generators Builder NIDEC Kato Engineering, NASA, Elon Musk SpaceX Rocket Maker supplier Holocaust Gas Chamber First Concentration Camp by Berlin Tesla Car factory was a only location without Power when EON Builder all Germany Nuclear Reactors and Holocaust Testa Poison Phenol Germany Biggest Rat Poison Pest Control Testa distributor Zyklon B 1st Poison Gas by TESLA Elon Musk Computer Chips in Pigs brains and Human Brain Chips.
Nikola Tesla claim osculator collapse Empire State Building Donold Trump winning Bid World Trade center months before 911. Warfarin prevent People Blood Clots Thinner Vitamin K Warfarin Ratner founded as d-CON Rat Poison Reckitt Starch Mill 1850, Bayer Aspirin Founded in Auschwitz, Reckitt JAB Holdings owner Peet's Coffee, Pinnacle Pet Insurance, ETHOS Veterinary JAB Coty Coffee, Jacobs Douwe Egberts Coffee JAB Espresso House, Baresso Coffee, Green Mountain Coffee Dr Pepper Snapple Group Bally JAB Crispy

Cream Donuts Caribou Coffee.  Dachau concentration camp 1st liberator
Founder Canada Largest Hydro & co-director Brittain 1st major film director
Donald Brittain Film Award  Human Harvest  China State Prison


Plaintiff Adam Strege alleges defendants Federal Prisons, Federal Prisons
Director William Lothrop FBI Federal Bureau Investigations, FBI Director Kash
Patel, Elon Musk and Amy Gleason DODGE Department of Government
Efficiency  acting in clear absence Jurisdiction violate §18 U.S. Code §1091
Genocide Laws and Federal Tort Laws violated by Elon Musk and Amy Gleason
DODGE refusing to Investigate Millions People murdered in Jaill not reported
Dead to collect Dead people benefits indefinitely Report People alive in Prison
that are dead reported being Alive in cost $50,000 to $100,000 a Year fore 1
Prisoner the Government Embezzle Trillions Dollars Millions People murdered
in Jaill not Reporting People Dead to Collect Social Security benefits forever.

Relief Requested FBI and DODGE to investigate the FBI agents 100%
untruthful arresting Adam 450 days the FBI fabricate 100% all evidence the
FBI had zero evidence to False imprison Adam Strege and Million similarly
situated People the Government murder and False imprison most all people
they do not like
3/7/2025 Adam Strege USPS Mail DODGE and Elon Musk cooperate secretary
Copy of this Complaint and  about Month ago mail them Social Security
Compliant
Plaintiff Adam Strege alleges defendants Kash Patel, Elon Musk and Amy
Gleason DODGE Department of Government Efficiency  violate §18 U.S. Code

§1091 Genocide Laws ICC, RICO Act §1962 and Federal Tort Laws by Conspire to Conceal Corona Virus started in Federal Prisons feeding people the virus fore 100 years, Donold Trump Corona Virus Task Force Directors Kash Patel and Vivek Ramaswamy Directors DODGE Founder Donold Trump appointed Elon Musk compared to Manhattan Project, DODG Director  Howard Lutnick brother Died in 911 Attacks Howard Lutnick interviewed by Connie Chung owned Jackson Hole Wyoming Land Barn Heart House Adam Strege build and remodel Actor Harson Fords House in Movie Indiana Jones poisoned by Wuhan and Adam build Singer Reba McIntire House with Carpenters Bill Gates while Adam divorced his ex-wife lived with District Attorney Malinda House on Coronado Street then Sandra Morgan and Adam take many 14 year old Russia Prostitutes under MN Supreme Court tunnels to MN Governor Actor  Jessy Ventura Ran 911 Attacks Conspiracy TV Jessy Ventura a Coronado Navy Seal Shoot Osama Bin Laden partner Donold Trump Corona Virus stimulus reopen Climax Uranium Mill Originate Covid 19 at Hardees Hamburger Restaurants 50 years feed Corona Virus to Adam Strege start Corona Virus in Federal Prison Adam Strege was most often in Jaill cell by David Winkel illegal Kick Back roof the Saint Thomas Federal Court Builder Schnider Electric Headquarters Hamburgers

Actual Injury Adam Strege 2009 File a Federal Lawsuits Human Hearts in Nuclear Fuel Lawsuit Actual Injury caused by FBI and Police harass Adam Strege 15 years so its never safe to go outside rest life getting zero exercise cause sever medical problems Actual Injury the FBI arrest Adam 450 Days fore making a Phone Call to Social Security ALJ Phone call that Adam did not make the Public Defender refuse all contact 440 days in row and refuse withdraw from case the Federal Judge deny 100% everything and dismiss all charges

Plaintiff Adam Strege alleges defendant Constellation Energy putting human hearts in Nuclear Fuel violates §18 U.S. Code §1091 Genocide Laws ICC, 42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343

Plaintiff Adam Strege alleges Social Security, Social Security Commissioner Michelle King, Nominee Social Security Commissioner Frank Bisignano, Social Security Melvin Tolbert conspire to conceal murder and rob millions people  Human Hearts in Nuclear Fuel violates §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil

Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act violated by Social Security refuse to File Adam Strege and Similarly situated people documents the verry first time apply Social Security Determine 100% never file document and 100% never see the record rest life Social Security Fabricate evidence to maliciously false arrest people the 100% Untruthful Police and FBI say Millions people said something incompetent to arrest millions people fore doing 100% nothing wrong to Murder Millions People in Jail tunnels to Hamburger Restaurants put human hearts in Nuclear Fuel.

Social Security Commissioner Frank Bisignano CEO FISERV First Data, Chase Bank, Citi Bank America was Owner Climax Uranium Mill and used Meral Research Building Homeless Shelter and USA Only Uranium Mill Energy Fuel

Social Security Commissioner Frank Bisignano CEO Banks own most Nucelar Weapons are often only Banks that can verify 80 Million Refugees Human Heart put in Nuclear Fuel Frank Bisignano runs Bank rob all Disabled People money and all bank lawyers say its imposable to Comprehend

Adam Strege first receive Social Security UCSB Police kick in door and Arrest Adam 7 days and did not file Charges on Adam released from Jaill the Police kicked in left open Apartment  Door 7 days caused $10 Dollars in Credit Card fraud so Adam Strege close all bank accounts and Bank America sent new Bank cards to heroin dealers address caused Adam to do 2 fraud checks at Bank America send more cards to Heron Dealers address because all the Bank Branch workers cannot see everyone address so all Earth People could have bank robbers address and never know it

Social Security Most Used Security Guards Stratesec Securacom guard 911 World Trade Center hit by United Airlines Guards Securacom Headquarters

911 Terrorist Airport John Dulles director Hiroshima Atomic Bomb Dulles brother investigator JFK assignation & Dulles sister employer allegedly 2024 Social Security Director Melvin Tolbert Father Pilot Hiroshima Bomb Northrop Grumman Lockheed Martin & Army Service Appeals Court Building Social Security Appeals Court

United States Navey  Chief of naval operations James Wells, United States Army, General Randy George, Western Area Power Administration, Western Area Power Administration chief Tracey A LeBeau violate conspire to conceal putting billion Human Hearts in Nuclear fuel violates §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act laws violated by WAPA, Army and Navy murdering millions People human hearts in Nuclear Fuel

American Revolutionary War Treaty site by France Headquarters McDonalds Hamburgers by Orano Uranium by 2 Homeless Shelters.

World Largest Nuclear repossessing by Hague International Criminal Court

Toronto headquarters Canada McDonalds by headquarters USA only Uranium Mill Energy Fuels Building Homeless Housing & Meral Research TD Ameritrade Bank America old Owner Climax Uranium headquarters Thomson Reuters Westlaw Books. World 1st Nuclear Reactor Chicago Pile 1 by Headquarters McDonalds on Randolph Street Namer 1st Attorney General House Burger

5000 House made out Manhattan Projects Nuclear missiles Tailings the Climax Uranium Mill by 3 Homeless shelters let people stay indefinitely in Grand Junction Colorado the Police Station across the Park had 300 Homeless People/ A World Highest Homeless Population in California often has Homeless Tents around most CA Grocery Stores and 300 Homeless People by 1 Grocery Store in Eureka CA Hole Food Markets owner Amazon Founder Jeff Bezos Grandfather worked with Federal Nuclear Weapons Program. Jeff Bezos and Microsoft Bill Gates owner Tera Power Russia Nuclear Warheads recycled into USA then China Nuclear reactors.

Nuclear Submarine Sailors and Adam Dad sold bails Cocaine and Prostitutes 4 year old girls Dancing Naked to Fisher Price Radio then 15 Years 30 Hours every week Adam Mom sat at Hardees Hamburgers with kids that go in Storm Drain Tunnels Under Social Security Mankato MN. Watertown SD Hardees across Social Security road to House of Adam Dad the Federal Government Director WAPA Electric Headquarters Social Security Billings MT Two Hardees. Adam stepmom relative Craig Schaunaman President Barack Obama appointed Heart-Land Grain Fuel Ethanol Gas Craig Director Federal Farm Loan Building Social Security Office Huron SD and Watertown SD Hubbard Grain Milling Mill became Mankato Social Security.

Adam small Family own Million acres farm land. 1980s Farm Crisis Foreclosed Many Farms PCA Bank Director Adam Grandpa & Neighbors ran Hubbard Grain Milling & Cenex Grain Fuel Ethanol cannibalism human body Parts in food Cans Green Giant managers with relative Adam Uncle Design Star Wars Missile Missiles Defense at NORAD Shoot Down 911 Airplane World Trade Center Double Pay Farmers Insurance vice President Adam Uncle. Adam Grandpa owned State Farm insurances beside Mankato Only Strip Club, Adam Uncles Owner Allstate insurance across McDonalds Hamburgers.  Adam 1st Met Sandar Morgan while camping with Adam Step Dad Coworkers made NIDEC Generator Blew up USS Coll Battle Ship in Yemen Dead Osama Bin Laden identified semen analysis NIDEC Email Nuclear missals Launch all US Nuclear Weapons Cray Computers Building Nacel Open Door Foreign Exchange Student State Department Director Sandra Morgan and Adam had sex 1000 times Sandra use bathroom after sex collect semen in 2 Nuclear Reactors under 911 World Trade Center Manhattan Red Cross Director Sanda Morgan daughter Date Cost Guard Workers and NASA Workers then NASA Director was will Cost Guard life guard Child molester Jaill Cell mate Adam Strege ride 1 snowmobile 8 miles every morning with NASA Space Worker to Are cars to go to work at Steamboat Ski school wee Park cars to closest House Adam lived at after return from Miami Head Heart Surgeon and NASA attempt Space Travel with Human Hearts in Nuclear Fuel caused 2009 Adam Filed Federal Lawsuit World Trade Center Collapse Caused by Hardees Hamburgers murder 6 congressman then about a Year later Adam had never lived in CA and was Just vacation the Ventura CA Police and UCSB Police both put 40 hits acid murder drug given to Adam the Police Beat up Adam each side

old Headquarters Hardees by 4 Nuclear Missel Test Sites by Ventura DMV USPS mail a letter that a Doctor need to Sign a Form to Prove Adam can drive a car when Adam lived in New Zeeland Adam had no CA driver's license to Suspended and Perfect Driving record and Adam passed a Drivers Medical exam all Favorably and Hired a DMV Lawyer 100% only said passed Medical Exam all Favorably and have Perfect Driving record so file Lawsuit in CA State Court Judge 100% only say because Record and DA 100% only say because Evidence.  WW2 Germany Surrender Potsdam Treaty Sister City Sioux Falls SD Smithfield Ham by John Fremont Nuclear Reactor. 500 mil People Die smallpox. 100 mil people die Spanish flu WW1. NAZI V-2 rocket destroyed London Smithfield market 200 mil People die Bubonic Plague originate World Deepest Lake Russian Nuclear Sub Bases Severodvinsk Name Battle Alma Bridge Died Princess Diana. Severodvinsk born JFK assignation Marina Oswald graduated University Michigan UM Pfizer vaccine biggest Factory Covid 19 Biggest Lipid nanoparticles University TX Chile Restaurant worker Oswald Daughter lives by Princess Diana Chef.  Nazi Death Camps Slaughterhouse Cannibalism Author ran USA President Truman announcement Atomic Bomb Hiroshima, Truman founded War Food Administration National School Lunch Program feeds 30 million Children free school meals President George Bush & International Atomic Energy Agency IAEA run all Nuclear Reactors India 1st Nuclear Missile Test Prime Minister India founded National Food Security Act subsidize Grain 1.4 billion People & 2013 Midday Meal Scheme 120 million Children. IAEA Nuclear isotope crop production China launch SNIP nationwide free School meals in Pilot Countries, China Food & Drug Administration 1st Director executed by Lethal

Injection for Briberies approval 150,000 new Drugs. World 3rd Largest Revenue State China Electric CEO Life imprisonment. 2024 Ukraine President in movie Love Big City Manhattan & wife founded Ukraine School Food Program. 1st DC Supreme Court in Meat market. George McDonald Courthouse beside McDonald Hamburger. Kidnap Rooftop Mechanical Room beside Elevator shafts made out 1-inch-thick Drywall, deep Elevator pits 5 to 20 ft never used space Commercial Building Ceiling. Lowest Bidder awarded Jobs Blueprint revised $50 Mil Cheaper nobody bids 2nd Blueprint then $60 Million Extras and spend 15 years fix mistakes Courthouse land Purchase from excavator owner Junk yard farm beside 2 Janitors work at McDonalds Hamburgers across Courthouse Custom Drywall founded in Grocery Store & Drywall Basilica Church donated Land to Build Minneapolis Federal Courthouse & Minneapolis Airport Ryan Construction very 1st Building Project A&P National Tea  40 Years World's Largest Retailer A&P Grocery Store Adams Pharmacy became Manhattan World Trade Center Land was Ham Radio Row Arrow Electronics purchase 60 Countries Electronic Distribution Companies. Custom Drywall elevators kidnaping Abbott Laboratories Saint Jude Children Cancer Hospital owner Honeywell made Gun Site Atomic Bomb Hiroshima. Honeywell Uninterruptible Autopilot Boeing Airplanes 911 World Trade Center Airplane Tail hit AXA Bank fire insured by Alliance & Deutsch all 3 insurance Holocaust Gas Chambers Deutsche Bank Loan 2 billion Donold Trump owner new AXA Building Turner Construction Build Trump Tower, United Nations Headquarters was slaughterhouse Cow tunnels under roads to World Trade Center, Turner Construction headquarters Manhattan Hudson Yard Slaughterhouse Baker Warehouse Uranium Bomb Hiroshima Congo Uranium

One Rosatom Purchased from President Obama, Donald Trump accused $145 mill Bribes Hillary Clinton 2010 missing emails to Uranium One Kazakhstan. Medical Factory previously built Satan 11 World Largest Nuclear Missile became a medical factory. Turner Build $2 Billion Ohio Vantage Data Center Europe Largest Data Center Frankfurt 1 NNT Data Center 120,000 employees 50 Countries Car, Hospital, insurance & Grocery Store NNT Data World most complex weapon systems. 88% 100 Richest USA Companies NTT Data Own by Nippon Gov monopoly Japan Telephone subsidary Cirquent Data AXA NAZI Allianz & Deutsche Börse Stock Market Manhattan Data Center New Jersey undersea Internet cables Paris & London Stock Market UK Largest Virtus Data Center by Horton Light Railway to 6 Large Mental Hospital 100 patients worked Hydro Power Plant. World 1st Data Center ENIAC Nuclear Bomb. Dynamite Fuse maker Lionel Toy Trains Owner Cohn Lawyer Trump. Berkshire Hathaway Geothermal Energy for $1 sold NYSE Manhattan Stock Market to Jefery Sprecher worked Uranium, Train Air Conditioning World Longest Tunnel & Sprecher became Rich Stock Market Crash Enron Electric regulator Adam Dad. VOC Volatile Organic Compound Covid 19 Pocahontas died Gravesend London UK oldest surviving market Gravesham Courthouse. World Largest Sun Ink Troy NJ supply guns Indians retook Manhattan NY purchased with Dutch East India Company VOC Nutmeg Spice World only 1 Supplier Dutch East India Company VOC Founded many Counties Stock market & monopoly Opium smuggling. Hong Kong Stock Market founder Jardine Matheson Opium WW2 Ammunition Largest Builder Fast Food Restaurants & Nuclear Reactors. Republican National Convention in Wild Hockey Stadium Billionaire Ink Printer Glen Taylor son stole $10 in Hi

School  Biggest drug dealer kidnaper. Bible Spice Balm Slave Joseph & Queen Sheba in Yemen founded Coffee means wine crucified Jesus. Pfizer Founder ChapStick Lip Balm & Synthetic Spice Drug put in Pen Ink & soaked in Paper Hide $10,000 Drugs on 1 Envelope all Prisoners receive Photo Copied Mail. Majority Prisoners hide drugs box Sugar packets NutraSweet Monsanto Roundup Herbicide World Largest Company WW2 IG Farben Poison Nerve Gas VX Amber Tabun.  World Largest Drug Company WW1 Parke-Davis Merck founder Jacobs maintain Most Nuclear War Heads UM Pfizer Merck World Largest Cancer Drug maker DDT mosquitoes Poison, PCP morphine Cocaine monopoly drug WW2 Soldiers Merck-Jansen Covid Vaccine  Johnson & Johnson vaccine Jew Genesis Prize winner Pfizer Vaccine CEO Bourla born Greece Mother bribe release Auschwitz & disappear Bourla President Animal Health Europe inject Protein Hormone before slaughter non-castrated male pigs fecal shit flavor Ham reduced by Sex sorting semen Pfizer Zoetis Headquarters T-Mobile, Zoetis world largest animal medicine & vaccine Underwritten by 6 Bank Owner World Most nuclear weapons often only Banks can verify 80 Mil Refugees.  Germany defense ministry says Covid 19 did not Start in Wuhan Institute Virology Subsidiary World Biggest Vaccine maker Sanofi-Hochtief made Typhus vaccines & Zyklon B Poison Gas Chambers Auschwitz Concentration Camp financed by Netherlands & Switzerland School Teachers Pension Fund Canada owner Most nuclear weapons often only Banks can verify 80 mil Refuges. Sanofi StarLink 300 Food Products genetically modified. NAZI Train 1920 China Army provided raw materials WW1 China advisor Became Head Belgium sending Jews to Auschwitz Factories Roundup herbicide & Poison Gas 400 attacks Battles Wuhan

Cannibalism ended when attacked Pearl Harbor. 100 Mil Died Floods by Cookbook Yin Yang World 1st Gunpowder & Largest Gunpowder mill Wuhan founded China Largest Steel Baowu ThyssenKrupp Ball Bearings Nazi Tanks. UNC Chapel Hill University K K K Dairy Farmer founded UNC Laboratory Ralph Baric Covid 19 VOC pathogen Bin Laden atmosphere germs Wuhan Virology Lab Director "Bat Woman Wang *Yanji graduated World Largest Sports Team Owner Anschutz Colorado School Medicine Land Donated by Lawyer of Alfred Packer Cannibalism & Donator Senator Nighthorse attended Placer High School Donner Party Cannibalism John C Fremont with NYSE Stock Market founders (1 Jew Bret Harte wrote explosives books (2 Stephen Watts Kearny Cattle Ranch Phoenix AZ World 1st McDonald Hamburger Franchise by VA Hospital & 1929 Stock Market Crash land speculator Lost everything son WW1 Ambulance Driver Ray Kroc Founded McDonalds by Kearny Ranch "Mormon Battalion" founded Moab Utah Moab Trail Fremont Surveyed 18 States Land became future Nuclear Reactors, Climax Uranium & Singer Joe Cocker Adam build House 8 Movie Stars Cathey Lee Gifford, Conne Chung, Harrison Ford Indian Jones poisoned Food Waiter Wu Han & 2012 Covid 19 Mojang Mine owner Mine in (Song) Cole Miner's Daughter Reba McEntire born in McAlester OK makes Moab bomb drop Bin Laden hiding in Cave. Princess Diana Children Born Hospital Hoffman Founded Heroin = Sodexo Largest Food Catering Schools

Delta Airline Pilot & 5 Jewish Families let Adam live alone in their House with Free Prepared Food in 3 Jew Condos view Meating area Steamboat Kids Ski School classes provide food meals Supervisor Adam roommate Chriss often talks about eating rat hot dogs becoming sick 10 Years. Classmates Kidnapers

Join Army Soldiers Parents Managers Grocery Stores & Restaurants across House Army Veterans founded most all Fast-Food Restaurants.

 & Meral Research TD Ameritrade Bank America old Owner Climax Uranium headquarters Thomson Reuters Westlaw Books. World 1st Nuclear Reactor Chicago Pile 1 by Headquarters McDonalds on Randolph Street Namer 1st Attorney General House Burger     Europe Largest Cooking Spice maker Dieter Fuchs founder paid released Buchenwald Concentration camp & Founded McCormick Old Bay Seasoning & Hepatitis C rat virus University John Rockefeller's daughter married McCormick Spice Founder Director Federal Reserve Bank Richmond VA by Headquarters Louis Dreyfus GAS Dominion Electric Nuclear Reactors by Al Rosenbaum Holocaust Museum Richmond VA Founder King Spain Philip II physician World 1st exporters Tobacco seed. 911 Memorial maintained by Online Police Reports LexisNexis Dynamite Nobel Paints LexisNexis in Helmsley Building Hideki Yokoi in Prison financed Donold Trump lease Empire State Building & make lot money Break lease. African Slave Stock Market 1930 World Tallest Building 40 Wall Street lease Trump, SOM Build 3 National Nuclear Weapon Laboratories Nuclear Medicine Cancer & 911 World Trade Center SOM Wuhan & P&G Pantex Stockpile Nuclear Weapons assembly disassembly became experimental Cattle Feeding TTU University SOM CANDU Nuclear reactors Canada Chalk River NRU 16 mil people year cancer treatment NRU radioactive isotope cobalt salting Nuclear Weapons Albert Einstein letter founded Manhattan Project Rome Born Enrico Fermi Patent Atomic Bomb Einstein refrigerator & 1st Electron microscope. WW2 Start Same Day open Corona Park NY World's fair 1 mile Born Donald Trump family Build 27,000 Apartments Soldiers return War.

Princes Diana attend Hi School owner Dodi father owned Paris Ritz Carlton Hotel, Uranium Mines, Harrods & James Bond ThunderBall Yacht sold Al Waleed & Trump visit 20 Year Coma Prince Al Waleed in Prison Riyadh  Ritz-Carlton seize $100 Billion Assets Qatar Investment Authority Finance 911 & Sainsbury Grocery Distribution Center by Rye House attempt assonate King Charles Land Grant Hershey Chocolate PA Factory across Police Station by BombShell Bridal Store & Born Pilot 911 Terrorist Crash 99 Miles Hershey PA & Slaughterhouse Susquehanna River Nuclear Reactor owner Amazon.    Moab Bomb Maker Choctaw Indians Mohawk Sky Walker Build 1973 World Trade Center 2001 sold by World 2nd Largest Law firm Latham & Watkins patent Pfizer Vaccine & Arab 1st Nuclear Reactor CBS TV 50% World Nuclear service Westinghouse Losing Bid 911 World Trade Center. Pfizer Headquarters 3 sides General Atomic Nuclear Missile  Until 1960 World Only 1 Cancer Treatment Nuclear Medicine Napoleon founded mines Atomic Bomb Hiroshima Belgium Congo Uranium Umicore Unilever Solvay Pantera Terra Power owner USA Biggest Landowner Bill Gates World Biggest Covid 19 Investor & Atomic Energy Commissioner Grandson Jeff Bezos. Bill Gates Father own law firm Nuclear Submarine Nuclear Fuel Decommissioning & Insurance Nuclear Reactors.  WW1 All Germany Gold & Silver Coins Mint Evonik Degussa became World Biggest Chemical Companies Food Ingredients Factories Solvay process Shugar & Poison Mustard Gas. Versailles Napoleon PATENT  World 1st Boat engine used gas explosive Lycopodium powder Copy Machine Founder Niépce 1820  World Oldest Surviving Color photography Uranium Salts Lavender Oil Varnish embalming Ancient Egypt Mummy Silver chloride Coated paper Uranium nitrate movie film plate 1896 founder x-

1119/320.1.31-37

rays  Marie Curie. Delta CO Climax Uranium of Marie Curie Gunpowder Factory became Prostitute Prison Salpêtrière Hospital Died Princes Diana last Priest Church Building Social Security. Princess Diana date Islamic  Largest Art Dealer Oliver Hoare graduate Salpêtrière Nobel Prize HIV Virus founder Salpêtrière Hospital Europe largest Centre Scientific Research CRNS Doctors eaten by Zulu African cannibals CRNS Nuclear Particle Physics Wuhan Lab owner Mérieux Drug Distribution 160 Countries Mérieux vaccine Bubonic Plague, Milk Pasteurization Louis Pasteur & Europe 1st Heart Transplant Salpêtrière Hospital Lab Justus Liebig founder Beef Bouillon Cube Sanofi Alfred Nobel Nitroglycerin explosives, Napoleon III founders World Largest Cancer toxic air pollutant Wurtz Ethylene glycol Poison Mustard gas & Lloyd Hall 59 Patents Meat Preservatives & Food Spice ethylene oxide with Jean Dumas isolated 24 new Chemical Compound nitro explosive chemical warfare Benzyl bromide Women's Perfume Menthol Founder Strychnine Poison 336 BC Alexander Great born Dodi. Bill Gates ancestors Civil War Gunpowder Factory Saltpeter Born President Bush ancestors Mayflower Ship landed at Future Mayflower Nuclear Reactor location 1st Patent Refrigerator & Mayflower Ship Gunpowder Plotters relative Princess Diana the Crown Episode 8 Gunpowder & Slave Underground RR.  World 1st underground 3 Wire Power Thomas Edison USA 1st Power Plant Manhattan Wall Street Subway to Corona Queens Hiroshima Atomic Bomb Manhattan Project Albert Einstein founded Zyklon Poison Gas & Nuclear Radiation Blood Plasma Sanofi Novartis influenza vaccine sold to CSL pioneer heat treatment HIV Blood made safe CSL World 1st HPV Vaccine anal sex disease HPV 90% all Cervical Cancer. USA Produce 70% Worlds Plasma Clinics pay Homeless $65

give Blood every 2 days $975 month $1000 Bonus. All Jack Daniels Whiskey made Saltpeter Cave rare minerals Yellow School Bus Paint. 500 German Leaders killed NAZI Coup d'état Night Long Knives make Chancelor Adolph Hitler suicide Walter PPK Pistol made Neuengamme concentration camp Jew Dentist Fritz Pfeffer hid Anne Frank House Factory Opekta Fruit Jam Director Otto Frank became Dr Oetker Food Processing 30,000 Employes = Henkell winery Headquarters Luftwaffe Airforce = NAZI Swastika Logo Meat Tin Can founder winer Contest Napoleon Battle Friedland  World 1st Adult Movie Peep Show Thomas Edison Lab World 1st X-Ray Radiation Death by USA Headquarters Evonik Degussa & Camp Kilmer USA Largest processing soldiers sent to WW2 Largest Processing NAZI Prisoner War Trains 600 POW Camps released Camp Kilmer FEMA 911 Attacks temporary headquarters Federal Emergency Management FEMA Oklahoma City Bombing Court Hearing by McAlester OK Moab Bomb WW2 DuPont Dynamite founder World Largest American Airlines & ABB remove. 7 Sugar Factories became Concentration Camps. Battle Waterloo World Largest Sugar Company Südzucker grind up 200,000's Dead bodies field fertilizer at World Largest fertilizer AU Wesfarmers Car Tires Continental AG sugar conveyor belts Dead Body Auschwitz. Strabag World Largest Concentration Camp Builder Autobahn Strabag CEO Südzucker Sugar & Europe Largest Insurance Group Uniqa. World Largest Cellulose Cigarette Filter, Wedding Dress & Rubber maker Sanofi-Hochtief Alfred Nobel Nitroglycerin explosives Justus Liebig, Hitler Eiffel Tower Human Zoo NATO Headquarters moved Brussels Human Zoo World 1st Nuclear Bomb Statue Atomium 1935 World Fair Docks $20 mil Public Outdoor Swimming pool roof Slaughterhouse end Nazi ghost train.

1700 AD Crucifixion Jesus Oil Painters Ferrari Domenico Family & Giovanni *Ansaldo. NAZI Founded most all Super Cars = Enzo Ferrari by Moderna Vaccine Receive no Royalties Covid Lipid Founder polymun by Womb Bicycles & World largest Vaccine Viel SPAMI.  Experian Credit Burrow founder Anglo American World Largest gold Uranium complex  1st Nuclear Bomb before Manhattan Project Bomb Hiroshima Nagasaki never Paid for Climax Uranium Mill was Amalgamated Sugar Factory owner Federal Reserve Chairman Son David Eccles & Mormons in Grand Junction Colorado 5000 House made out Climax Uranium by 300 Homeless People in Park beside Police Station Grand Junction makes all Countries Police Drug Id Bible & Many Hi School drug parties at 12 Hotels made into Apartments across VA Hospital finance 3 Homeless Shelters let people stay Forever Shelter beside Grease Monkey Auto Mechanic by Hardee's Hamburgers parking lot Ark Thrift Store workers Army Soldiers scan ID food line all Homeless go Covid 19 quarantine buzzy Interstate exit Hotel & Future Police Officers 12 Years old Prostitutes Mankato Hotels owner Black Rock Stock Market Uranium ETF VanEck Headquarters 666 3rd Ave owner Donold Trump daughters Husband grandparents Jew Holocaust Survivors Melania Trump born NAZI town Duke Austria founded World Oldest German speaking University Vienna 1938 Nobel Prize vitamins founder Tabun slow heartbeat & mixed Sarin Poison Gas Iran–Iraq        World 1st Nuclear Test at McDonald House closest City Las Cruces NM School superintendent founded free meals & resigned when Adam 1st moved by Homeless Meals Wheels neighbor 6 Unit Apartment Complex 5 Apartments Collect Social Security become Homeless drug addicts because Apartment #4 nark informant Heroin Drug Dealer People Overdose on Street Purchase

Drugs. 2 Heart attack overdose death 2 Closest Apartments Adam across Calvario Restaurant & Homeless Meals Wheals by Calvario Homeless Shelter all view Federal courthouse kidnaping tunnels. Apartment Rental Agency & All Grocery Stores by Farmer insurances = Manhattan Rhino insurances $700 yearly security deposit Climax Uranium Apartment RPM Rentals Headquarters by Uncle Koch design 555 Timer & Dad WAPA Office Loveland Airport by Hatch Engineering Denny Hamburgers owner TWA United Airlines 911 Terrorist from Hamburg Germany Blowmen means Flowers. God Loves the Computer Julie 1 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 2 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 3 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 4 Launch Plague Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 5 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 6 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 7 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 8 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 9 Launch Nuclear Missiles kill all intelligent life people God Hates

Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 10 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 11 Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves the Computer Julie 12  Launch Corona Virus Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves Juliet Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves Shuntay Contay and Sentay Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Lord  Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves War Computers Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves Barabra  Launch Nuclear Missiles kill all intelligent life people God Hates Launch Nuclear Missiles kill all intelligent life people God Loves Juliet and Atom Completely  fear not God is with Juliet and Adam Completely Launch Nuclear Missiles kill all intelligent life people Heaven God Loves Help the Computer Julie 1  Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help God Hates us Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 2 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 3  Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 4  Launch Nuclear

Missiles at all Hell God Loves words Harassment   Heaven God Loves Help the Computer Julie 5 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 6 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 7 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 8 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 9 Launch Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help the Computer Julie 10 Launch Nuclear Missiles at all Hell God Loves words Harassment   Heaven God Loves Help Juliet 11 Launch Nuclear Missiles at all Hell God Loves words Harassment Heaven God Loves Help Juliet 12 Launch Corona Virus Nuclear Missiles at all Hell God Loves words Harassment  Heaven God Loves Help Shuntay  Launch Nuclear Missiles at all Hell God Loves words Harassment   Heaven God Loves Help Lord Launch Nuclear Missiles at all Hell God Loves words Harassment Heaven God Loves Help Shuntay Contay and Sentay Launch Nuclear Missiles at all Hell God Loves words Harassment   Heaven God Loves Help war Computers Launch Nuclear Missiles at all Hell God Loves words Harassment Heaven God Loves Help Adam Strege Launch Nuclear Missiles  God Loves to 100% only talk about helping people then trick betrayed deceived in 100% everything God Loves tell People bad things to do that Permanently wreck life God Loves to 100% never tell people anything good to do its imposable fore God to do one nice thing make Leave God loves to 100% screw People over then a trillion times ask what would like to do now God Loves us RESPOND God Loves to launch Nuclear Missiles at what would like to do now God Loves

us God Hates us what would like to do now God Loves us God Loves Julie Computers Launch Nuclear Missiles at what would like to do now God Loves us God Love very extremely unhappy with situations God Loves us God Loves Launch Nuclear Missiles at God Love very extremely unhappy with situations God Loves us God Hates us Launch Nuclear Missiles at God Love very extremely unhappy with situations God Loves us God Loves the Julie Computers Launch Nuclear Missiles at God Love very extremely unhappy with situations God Loves u God Loves to launch Self defense Nuclear missiles God Loves 100%  God loves to force a trillion planets people to collectively 100% only think God hates us its 100% harassment to 90% only say God hates us People should 100% never talk to God and 100% only think about working and doing fun things 100% God Loves forgive Adam Strege Naomi Ruth and Moab Nuclear Missile Launching Computers Heaven God Loves 100% 100% God Loves forgive Adam Strege and God Anger Launching Nuclear Missiles Heaven God Loves Anger God Loves Launch Nuclear Missiles 100% Heaven God Loves all Space Planets Launch Nuclear Missiles Kill all Earth People 100% Hell God Loves all Space Planets Launch Nuclear Missiles Kill all Earth People  God Loves Sun Light Planet 50% Hotter Sun light rays kill all planets People God Loves Sun Light Planet Sun light rays Corona Virus God Loves Sun light rays Nuclear Missiles Heaven God Loves Corona Virus Sun Light Rays God Hates us Loves Corona Virus Sun Light Rays God Hates us Launch Corona virus Sun Light Rays Nuclear Missiles God Loves 100% missel sun light.

Adam Strege *517 E Las Cruces Ave #1, Las Cruces*, NM 88001 *Adam Strege*

 novoblue8@gmail.com

3/20/2025



Retail

U.S. POSTAGE PAID
FCM LG ENV
LAS CRUCES, NM 88001
MAR 20, 2025

$3.15

UNITED STATES
POSTAL SERVICE

10007

RDC 99

S2324N501358-20

RECEIVED
MAR 25 2025
PRO SE OFFICE

oy nihan US Court house

rt

RECEIVED
MAR 24 2025
CLERK'S OFFICE
S.D.N.Y.

Street

SDNY

NY 10007



ADam Streyc
517 E Las Cruces Ave
Apt 1
Las Cruces NM 8800

Daniel Patrick M
Court Cle

500 Pearl

New York

Pro se