UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADAM STREGE,

                Plaintiff,

-against-                                 25 **CIVIL** 2548 (LLS)

## **JUDGMENT**

LAUNCHING NUCLEAR MISSILES KILL
ALL PLANETS PEOPLE,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 11, 2025, Plaintiff's complaint is dismissed, under 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

**Dated:** New York, New York

      June 16, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                     **BY:**

                                                **Deputy Clerk**